United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3121

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Eugene Fitzhugh, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: December 5, 1997
Filed: December 10, 1997

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Eugene Fitzhugh, previously sentenced to ten months of imprisonment and one year supervised release for a bribery conviction, appeals from the District Court's[1] order denying his motion to reconsider his sentence based on his deteriorating health. Fitzhugh filed the motion during the pendency of his appeal from the ten-month

_____

[1]The Honorable Stephen M. Reasoner, Chief Judge, United States District Court for the Eastern District of Arkansas.

sentence itself.  Concluding it lacked jurisdiction to reconsider Fitzhugh's sentence, the District Court issued an order denying the motion.

Upon review of the record and the parties' submissions on appeal, we affirm the District Court for the reasons stated in its order.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.